**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

UNITED STATES OF AMERICA

v.                                                                6:20-CR-00097-JCB

SHANE EDWARD DISPENNETT,
Defendant

**NOTICE OF UNAVAILABILITY OF COUNSEL**

The undersigned counsel will be unavailable due to a prepaid family vacation and respectfully requests that no hearing or trial be scheduled from **June 11, 2021 through June 21, 2021**.

WHEREFORE, the undersigned respectfully prays this Honorable Court schedule no hearing or trial in this matter during the above time period.

Respectfully Submitted,

/s/ *Chad Morgan*

CHAD MORGAN
Texas State Bar Number: 24046475
THE LAW OFFICE OF CHAD MORGAN, P.C.
109 S. Mount Street
FAIRFIELD, TX 75840
Telephone: (903) 389-3244
Fax: (888) 316-0565
E-mail: chad@lawofficeofchadmorgan.com
Attorney for Shane Edward Dispennett

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was delivered via ECF filing to Assistant United States Attorney Ryan Locker on May 10, 2021.

/s/ *Chad Morgan*

CHAD MORGAN