UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:20-cr-00097-10

———

**United States of America**

v.

**Shane Edward Dispennett**

———

# ORDER

This criminal action was referred to U.S. Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b)(3). Judge Mitchell held a final revocation hearing on June 25, 2026, and issued a report and recommendation that defendant's term of supervised release should be revoked. Doc. 519 at 4–5. Defendant waived his right to object to the report, agreed to the revocation of his supervised release, agreed to the sentence below, and waived his right to be present for sentencing. Doc. 520.

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court orders that the defendant be sentenced to a period of 11 months to be followed by a 2-year term of supervised release.

*So ordered by the court on July 6, 2026.*

———

J. CAMPBELL BARKER
United States District Judge

- 1 -